RULE 16 CONFERENCE MINUTES

| | |
|---|---|
| Date: | August 6, 2015. |
| Case No.: | 4:15-CV-00869-SNLJ |
| Case Name: | RONALD CALZONE vs. CHRIS KOSTER, et al. |
| Judge: | Stephen N. Limbaugh, Jr. |
| Deputy Clerk: | N/A |

**PARTIES PRESENT:  David Roland, Deborah Bell Yates**

☐   In Person   ☒   By Telephone   ☐   Both

**SCHEDULING CONFERENCE HELD IN:**

☒   Chambers   ☐   Courtroom   ☐   Other

**CASE MANAGEMENT ORDER TO FOLLOW:  Yes.**

**COURT REPORTER PRESENT?**

☐   Yes   ☒   No

**PROCEEDINGS COMMENCED:**   3:30 p.m.       **CONCLUDED:**   3:35 p.m.