# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
www.ca8.uscourts.gov

October 30, 2019

Mr. Gregory J. Linhares
U.S. DISTRICT COURT
Eastern District of Missouri
111 S. Tenth Street
Saint Louis, MO  63102-0000

     RE:  18-1674  Ronald Calzone v. Eric T. Olson

Dear Clerk:

     Enclosed is a copy of a letter from the Supreme Court stating certiorari has been filed in the referenced case.

                              Michael E. Gans
                              Clerk of Court

AMT

Enclosure(s)

     District Court/Agency Case Number(s):   4:15-cv-00869-SNLJ

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 28, 2019

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO 63102-1125

      Re:  Ronald Calzone
            v. Eric Olson, Superintendent, Missouri State Highway Patrol
           No. 19-551
           (Your No. 18-1674)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on October 24, 2019 and placed on the docket October 28, 2019 as No. 19-551.

Sincerely,

**Scott S. Harris**, Clerk

by

Clara Houghteling
Case Analyst